take up this question in the federal habeas context; and the uncontroverted representation of petitioner's counsel that some 319 California prisoners are now serving sentences of 25 years to life for what would otherwise be misdemeanor theft under the California scheme.

On these facts, I would wait no longer. The issue is serious, the state courts have had adequate opportunity to consider it, and the stakes are substantial. I respectfully dissent from denial of the petition for certiorari.

No. 00–7910. ENIGWE *v.* UNITED STATES. C. A. 3d Cir. Certiorari before judgment denied.

No. 99–8356. GANN *v.* ALABAMA DEPARTMENT OF CORRECTIONS ET AL., 529 U. S. 1090;

No. 99–8525. STEADMAN *v.* UNITED STATES, 529 U. S. 1076;

No. 99–9778. GYADU *v.* CONNECTICUT WORKERS' COMPENSATION COMMISSION, *ante,* p. 844;

No. 99–9868. CHAMBERS *v.* WELBORN, WARDEN, *ante,* p. 848;

No. 99–10014. FERNANDEZ *v.* UNITED STATES, *ante,* p. 856;

No. 99–10179. GIBSON *v.* PRUITT, WARDEN, ET AL., *ante,* p. 865;

No. 00–630. TELFAIR *v.* FIRST UNION MORTGAGE CORP., *ante,* p. 1073;

No. 00–678. POLYAK *v.* BURSON ET AL., *ante,* p. 1074;

No. 00–697. TURNER *v.* WARNER BROTHERS STUDIO ET AL., *ante,* p. 1075;

No. 00–731. BONTON *v.* MERIT SYSTEMS PROTECTION BOARD ET AL., *ante,* p. 1052;

No. 00–5059. SIAS *v.* LEBLANC, WARDEN, *ante,* p. 884;

No. 00–5060. IN RE REYNA, *ante,* p. 810;

No. 00–5160. CAMILO BRAVO *v.* UNITED STATES, *ante,* p. 994;

No. 00–5336. FLOREZ *v.* UNITED STATES, *ante,* p. 898;

No. 00–5461. CHILDS *v.* SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 905;

No. 00–5508. BAKER *v.* UNITED STATES, *ante,* p. 907;

No. 00–5668. MARIN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 912;

No. 00–5781. EVANS *v.* PRICE, *ante,* p. 961;

No. 00–5838. HEADRICK *v.* JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,
*ante,* p. 963;

No. 00–5844. JACKSON *v.* UNITED STATES, *ante,* p. 1016;

No. 00–5880. BOLDEN *v.* VILLAGE OF BELLWOOD, *ante,* p. 964;

No. 00–5907. MOODY *v.* OKORIE, *ante,* p. 965;

No. 00–5982. BRAKEALL *v.* GURUCHARRI ET AL., *ante,* p. 1016;

No. 00–6046. ROBLYER *v.* PENNSYLVANIA, *ante,* p. 981;

No. 00–6080. BENNETT *v.* LAKE HAVASU CITY, ARIZONA, ET
AL., *ante,* p. 995;

No. 00–6084. BIRDWELL *v.* JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,
*ante,* p. 995;

No. 00–6193. BRAVO *v.* FLORIDA DEPARTMENT OF CORREC-
TIONS ET AL., *ante,* p. 1016;

No. 00–6243. MCCAULEY *v.* COOK'S PEST CONTROL, INC., ET
AL., *ante,* p. 1017;

No. 00–6349. LOVE *v.* TESSMER, WARDEN, *ante,* p. 1038;

No. 00–6359. REYNOLDS *v.* ANGELONE, DIRECTOR, VIRGINIA
DEPARTMENT OF CORRECTIONS, *ante,* p. 998;

No. 00–6389. SPIVEY *v.* HEAD, WARDEN, *ante,* p. 1053;

No. 00–6418. WILSON *v.* PHILLIPS, WARDEN, *ante,* p. 1039;

No. 00–6458. DE SPENZA *v.* CAMBRA, WARDEN, ET AL., *ante,*
p. 1053;

No. 00–6476. LLOYD *v.* MOORE, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS, ET AL., *ante,* p. 1053;

No. 00–6477. LEE *v.* DISTRICT OF COLUMBIA, *ante,* p. 1054;

No. 00–6484. SMITH *v.* UNITED STATES, *ante,* p. 999;

No. 00–6494. BYRD *v.* COLLINS, WARDEN, *ante,* p. 1082;

No. 00–6527. THOMPSON *v.* BRANCHES-DOMESTIC VIOLENCE
SHELTER OF HUNTINGTON, WEST VIRGINIA, INC., ET AL., *ante,*
p. 1055;

No. 00–6541. HOBBY *v.* DISTRICT OF COLUMBIA PUBLIC
SCHOOLS, *ante,* p. 1022;

No. 00–6657. SIMPKINS *v.* UNITED STATES, *ante,* p. 1024;

No. 00–6690. MANLEY *v.* MARICOPA COUNTY SHERIFF'S OF-
FICE ET AL., *ante,* p. 1085;

No. 00–6753. HARRISON *v.* DEPARTMENT OF THE INTERIOR
ET AL., *ante,* p. 1056;

No. 00–6837. CRAWFORD *v.* UNITED STATES, *ante,* p. 1042;

No. 00–6852. FIELDS *v.* TYSON FOODS ET AL., *ante,* p. 1089;

No. 00–6948. AYERS *v.* SPARKMAN, WARDEN, ET AL., *ante,* p. 1092;

No. 00–6997. TAYLOR *v.* UNITED STATES, *ante,* p. 1057;

No. 00–7030. ABE *v.* MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES, *ante,* p. 1094; and

No. 00–7123. RHUDY *v.* UNITED STATES, *ante,* p. 1097. Petitions for rehearing denied.

No. 99–10045. IN RE PERRY, *ante,* p. 808; and

No. 00–6343. ALVARADO, AKA DYKES *v.* UNITED STATES, *ante,* p. 998. Motions for leave to file petitions for rehearing denied.

No. 00–520. DUNLAP *v.* MICHIGAN ET AL., *ante,* p. 1036. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 00–6491. YOUNG *v.* CAREY, WARDEN, *ante,* p. 1059. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

### FEBRUARY 26, 2001

No. 00–1022. INTERACTIVE FLIGHT TECHNOLOGIES, INC. *v.* SWISSAIR SWISS AIR TRANSPORT CO. ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Green Tree Financial Corp.-Ala.* v. *Randolph, ante,* p. 79.

No. 00–7929. WATKIS *v.* AMERICAN NATIONAL INSURANCE CO. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–8257. GANEY *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506